CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 18 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT J. COLLIER,<br>    Plaintiff,<br><br>v.<br><br>LAND & SEA RESTAURANT CO., LLC<br>d/b/a FRANKIE ROWLAND'S<br>STEAKHOUSE,<br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>PERFORMANCE FOOD GROUP, INC.<br>d/b/a PERFORMANCE FOOD<br>SERVICE-VIRGINIA,<br>    Third-Party Defendant/<br>    Fourth-Party Plaintiff,<br><br>v.<br><br>WEAVER FRESH SEAFOOD &<br>PRODUCE,<br>    Third-Party Defendant,<br><br>v.<br><br>SAM RUST SEAFOOD & PRODUCE,<br>    Fourth-Party Defendant. | Case No. 7:13-cv-00104-JCT<br><br><u>ORDER</u><br><br>By: James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Fourth-Party Defendant's Motion to Dismiss (ECF No. 40) is **GRANTED** and that the claim in the Fourth-Party Complaint of Performance Food Group seeking common law indemnification against Sam Rust Seafood & Produce is hereby **DISMISSED WITH PREJUDICE.**

The Clerk of the Court is directed to send a copy of this memorandum opinion and accompanying order to all counsel of record.

**IT IS SO ORDERED.**

ENTER: This 18th day of September, 2013.

_____
Senior United States District Judge