CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 28 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT J. COLLIER,<br>    Plaintiff, | Case No. 7:13-cv-00104-JCT |
| v. | |
| LAND & SEA RESTAURANT CO., LLC<br>d/b/a FRANKIE ROWLAND'S<br>STEAKHOUSE,<br>    Defendant/Third-Party Plaintiff, | **ORDER** |
| v. | By: James C. Turk<br>Senior United States District Judge |
| PERFORMANCE FOOD GROUP, INC.<br>d/b/a PERFORMANCE FOOD<br>SERVICE-VIRGINIA,<br>    Third-Party Defendant/<br>    Fourth-Party Plaintiff, | |
| v. | |
| WEAVER FRESH SEAFOOD &<br>PRODUCE,<br>    Third-Party Defendant, | |
| v. | |
| SAM RUST SEAFOOD, INC.,<br>    Fourth-Party Defendant. | |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby **ORDERED** that Sam Rust Seafood, Inc.'s motion for summary judgment, ECF No. 57, and Performance Food Group, Inc.'s motion for summary judgment, ECF No. 62, are both **DENIED WITHOUT PREJUDICE**.

ENTER: This 27th day of January, 2014.

/s/ James C. Turk
Senior United States District Judge