IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

ROBERT J. COLLIER,

        Plaintiff,

v.

LAND & SEA RESTAURANT COMPANY,
LLC d/b/a FRANKIE ROWLAND'S
STEAKHOUSE

Defendant/Third Party Plaintiff,

v.                                                Case No.: 7:13-cv-104

PERFORMANCE FOOD GROUP, INC.
d/b/a PERFORMANCE FOOD SERVICE –
VIRGINIA,

Third Party Defendant/Fourth Party Plaintiff,

WEAVER FRESH SEAFOOD & PRODUCE,

Third Party Defendant,

v.

SAM RUST SEAFOOD, INC.

Third Party Defendant and
Fourth Party Defendant

**<u>MOTION OF THIRD PARTY DEFENDANT SAM RUST SEAFOOD,
INC. FOR SUMMARY JUDGMENT AS TO SECOND AMENDED THIRD PARTY
COMPLAINT OF DEFENDANT AND THIRD PARTY PLAINTIFF LAND & SEA
RESTAURANT COMPANY, LLC</u>**

      For the reasons stated in the Memorandum that accompanies this Motion, the Court should grant Sam Rust Seafood, Inc.'s Motion for Summary Judgment and all other relief to which Sam Rust Seafood, Inc. may be entitled.

{00132216.DOCX }

                SAM RUST SEAFOOD, INC.
                By: /s/ C. Jay Robbins, IV
                   Of Counsel

C. Jay Robbins, IV, Esq. (VSB No. 22847)
MIDKIFF, MUNCIE & ROSS, P.C.
300 Arboretum Place, Suite 420
Richmond, Virginia 23236
T: 804-560-9600
F: 804-560-5997
crobbins@midkifflaw.com
*Counsel for Sam Rust Seafood, Inc.*

# CERTIFICATE

  I hereby certify that on March 27, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| James R. Jebo, Esq. | Ronald M. Ayers, Esq. |
| VSB No. 48418 | VSB No. 01158 |
| Dannel C. Duddy | Justin E. Simmons, Esq. |
| VSB No. 72906 | VSB No. 77319 |
| Attorneys for Performance Food Group, Inc. | Attorneys for Defendant/Third Party |
| Harman, Claytor, Corrigan & Wellman | Plaintiff Land & Sea, Inc. |
| P. O. Box 70280 | Johnson, Ayers & Matthews, PLC |
| Richmond, VA 70280 | P. O. Box 2200 |
| 804-622-1107 | Roanoke, VA 24009-2200 |
| 804-747-6085 – facsimile | 540-767-2000 |
| jjebo@hccw.com | 540-767-1552 – FAX |
| dduddy@hccw.com | rayers@jamlaw.net |
| | jsimmons@jamlaw.net |
| John J. Morgan, Esq. | Phillip R. Lingafelt, Esq. |
| CT Bar No. ct407105jjm | VSB No. 29229 |
| Attorney for Robert J. Collier | Attorney for Robert J. Collier |
| Barr & Morgan | Glenn, Feldmann, Darby & Goodlatte |
| 22 Fifth Street | P. O. Box 2887 |
| Stamford, CT 06905 | Roanoke, VA 24001-2887 |
| 203-356-1595 | 540-224-8000 |
| 203-357-8397 – FAX | 540-224-8050 – FAX |
| jmorgan@pmpalawyer.com | plingafelt@gfdg.com |

*Pro Hac Vice*

C. Richard Cranwell, Esquire
VSB No.3347
Cranwell, Moore & Emick, P.L.C.
P. O. Box 11804
Roanoke, VA 24022-1804
(540) 344-1000
(540) 344-7073 - FAXcrc@cranwellmoorelaw.com

## **CERTIFICATE OF MAILING**

I hereby certify that a true copy of the foregoing was mailed to Weaver Fresh Seafood & Produce, c/o E. Newman Weaver, Registered Agent, 2713 Old Charleston Road, Georgetown, SC 29440, on March 28, 2014.

                /s/ C. Jay Robbins, IV