IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| ROBERT J. COLLIER, | ) |
| Plaintiff, | ) |
| v. | ) |
| LAND & SEA RESTAURANT COMPANY, LLC d/b/a FRANKIE ROWLAND'S STEAKHOUSE | ) Case No.: 7:13-cv-104 |
| Defendant/Third Party Plaintiff, | ) |
| v. | ) |
| PERFORMANCE FOOD GROUP, INC. d/b/a PERFORMANCE FOOD SERVICE – VIRGINIA, | ) |
| Third Party Defendant/Fourth Party Plaintiff, | ) |
| v. | ) |
| SAM RUST SEAFOOD, INC. | ) |
| Fourth Party Defendant/Fifth Party Plaintiff, | ) |
| v. | ) |
| CAPE COD SHELLFISH & SEAFOOD COMPANY, | ) |
| Fifth Party Defendant/Sixth Party Plaintiff, | ) |
| v. | ) |
| NORM BLOOM AND SON, LLC, | ) |
| Sixth-Party Defendant. | ) |

## NOTICE OF APPEAL OF SAM RUST SEAFOOD, INC.

Fourth Party Defendant/Fifth Party Plaintiff Sam Rust Seafood, Inc. appeals to the United States Court of Appeals for the Fourth Circuit from the District Court's Order denying Sam Rust Seafood, Inc.'s Motion for Summary Judgment as to the Second Amended Third-Party

{00303470.DOCX 2}

Complaint of Land & Sea Restaurant Company, LLC, ECF No. 101, entered in this action on the 21st day of July, 2014.

                                              SAM RUST SEAFOOD, INC.

                                      By:    /s/ C. Jay Robbins, IV
                                                       Of Counsel

C. Jay Robbins, IV (VSB No. 22847)
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, Virginia 23236
T: 804-560-9600
F: 804-560-5997
crobbins@midkifflaw.com
*Counsel for Sam Rust Seafood, Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 19, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

James R. Jebo, Esq.
Dannel C. Duddy, Esq.
Michael E. Harman, Esq.
Lynne Jones Blain, Esq.
Harman, Claytor, Corrigan & Wellman
P. O. Box 70280
Richmond, VA 70280
804-622-1107
804-747-6085 – facsimile
jjebo@hccw.com
dduddy@hccw.com
mharman@hccw.com
lblain@hccw.com
*Attorneys for Performance Food Group, Inc.*

Kenneth J. Ries, Esq.
Ronald M. Ayers, Esq.
Justin E. Simmons, Esq.
Johnson, Ayers & Matthews, PLC
P. O. Box 2200
Roanoke, VA 24009-2200
540-767-2000
540-767-1552 – facsimile
kries@jamlaw.net
rayers@jamlaw.net
jsimmons@jamlaw.net
*Attorneys for Defendant/Third Party Plaintiff Land & Sea, Inc.*

John J. Morgan, Esq.
Barr & Morgan
22 Fifth Street
Stamford, CT 06905
203-356-1595
203-357-8397 – facsimile
jmorgan@pmpalawyer.com
*Attorney for Robert J. Collier*

Phillip R. Lingafelt, Esq.
Glenn, Feldmann, Darby & Goodlatte
P. O. Box 2887
Roanoke, VA 24001-2887
540-224-8000
540-224-8050 – facsimile
plingafelt@gfdg.com
*Attorney for Robert J. Collier*

C. Richard Cranwell, Esq.
Cranwell, Moore & Emick, P.L.C.
P. O. Box 11804
Roanoke, VA 24022-1804
540- 344-1000
540- 344-7073 - facsimile
crc@cranwellmoorelaw.com
*Attorney for Robert J. Collier*

Mark C. Nanavati, Esq.
G. Christopher Jones, Jr., Esq.
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
804- 893-3866, 804-378-2610 - facsimile
mnanavati@snllaw.com
cjones@snllaw.com
*Attorneys for Cape Cod Shellfish & Seafood Company*

C. Kailani Memmer, Esq.
Guynn, Memmer & Dillon, P.C.
415 S. College Ave.
Salem, VA 24153
Phone: 540-387-2320
Fax: 540-389-2350
kai.memmer@gmdlawfirm.com
*Attorney for Norm Bloom and Son, LLC.*

   I further certify that on August 19, 2014, courtesy copies of the foregoing were sent via first-class mail, postage prepaid to the following:

Stuart G. Blackburn, Esq.
Blackburn & O'Hara, LLC
Two Concord Way
P. O. Box 608
Windsor Locks, CT 06096
860-292-1116
860-292-1221 – facsimile
sgblackburn@sgblackburn.com
*Counsel for Sam Rust Seafood*
*(in CT action)*

T. J. O'Neill, Esq.
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
203- 977-7557
203-399-5893 - facsimile
tjoneill@daypitney.com
*Counsel for Norm Bloom and Son, LLC*
*(in CT action)*

Robert C. E. Laney, Esq.
Ryan Ryan Deluca LLP
707 Summer Street
Stamford, CT 06901
203-541-5010
203-357-7915 – facsimile
roblaney@ryandelucalaw.com
*Counsel for Cape Cod Shellfish & Seafood*
*Company (in CT action)*

              SAM RUST SEAFOOD, INC.


              By:  /s/ C. Jay Robbins, IV
                 Of Counsel

C. Jay Robbins, IV (VSB No. 22847)
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, Virginia  23236
T: 804-560-9600
F: 804-560-5997
crobbins@midkifflaw.com
*Counsel for Sam Rust Seafood, Inc.*