UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT J. COLLIER, | |
| Plaintiff; | |
| v. | Civil Action No. 7:13CV104 |
| LAND & SEA RESTAURANT COMPANY, LLC, d/b/a FRANKIE ROWLAND'S STEAKHOUSE, | LAND & SEA RESTAURANT COMPANY, LLC'S REQUEST FOR ENTRY OF DEFAULT AGAINST SAM RUST SEAFOOD, INC. |
| Defendant/Third-Party Plaintiff; | |
| v. | |
| PERFORMANCE FOOD GROUP, INC., d/b/a PERFORMANCE FOOD SERVICE – VIRGINIA, | |
| Third-Party Defendant/Fourth-Party Plaintiff; | |
| v. | |
| SAM RUST SEAFOOD, INC., | |
| Third-Party Defendant/Fourth-Party Defendant/Fifth-Party Plaintiff; | |
| v. | |
| CAPE COD SHELLFISH & SEAFOOD COMPANY, | |
| Fifth-Party Defendant; | |
| v. | |
| NORM BLOOM & SON, LLC, | |
| Sixth-Party Defendant. | |

In accordance with Federal Rule of Civil Procedure 55(a), Third-Party Plaintiff Land & Sea Restaurant Company, LLC, d/b/a Frankie Rowland's Steakhouse (Land & Sea) requests that the Clerk enter a default against Third-Party Defendant Sam Rust Seafood, Inc. (Sam Rust) on the ground that the record in this action demonstrates that Sam Rust has failed to plead or otherwise defend against Land & Sea's Second Amended Third-Party Complaint within the period prescribed by Federal Rule of Civil Procedure 12. In support of this request, Land & Sea states as follows:

1. Land & Sea's Second Amended Third-Party Complaint was filed against Sam Rust on March 19, 2014. (ECF No. 98.)

2. In its Second Amended Third-Party Complaint, Land & Sea seeks affirmative relief against Sam Rust, namely, a declaration that it must defend and indemnify Land & Sea against Plaintiff Robert J. Collier's claims, pursuant to the terms of a contract. (ECF No. 98 ¶¶ 26–45.)

3. The Court ordered Sam Rust to file a responsive pleading to Land & Sea's Second Amended Third-Party Complaint no later than ten days after March 19, 2014. (ECF No. 97.)

4. In response to the Court's order, Sam Rust filed a motion for summary judgment as to Land & Sea's Second Amended Third-Party Complaint on March 27, 2014. (ECF No. 102.)

5. The Court denied Sam Rust's motion for summary judgment as to Land & Sea's Second Amended Third-Party Complaint on July 21, 2014. (ECF No. 172.)

6. Since its motion for summary judgment as to Land & Sea's Second Amended Third-Party Complaint was denied on July 21, 2014, Sam Rust has failed to plead or otherwise defend against the Complaint, and the time for Sam Rust to do so under Rule 12 has expired.

7. Sam Rust is consequently now in default as to Land & Sea's Second Amended Third-Party Complaint

\* \* \*

Based on the foregoing, Land & Sea requests that the Clerk enter a default against Sam Rust as to Land & Sea's Second Amended Third-Party Complaint, in accordance with Rule 55(a).

Dated: August 27, 2014            Respectfully submitted,

/s/Justin E. Simmons, Esq. (VSB No. 77319)
Ronald M. Ayers, Esq. (VSB No. 01158)
Kenneth J. Ries, Esq. (VSB No. 29909)
JOHNSON, AYERS & MATTHEWS, P.L.C.
P.O. Box 2200
Roanoke, VA 24009-2200
(540) 767-2000 Phone
(540) 982-1552 Fax
jsimmons@jamlaw.net
rayers@jamlaw.net
kries@jamlaw.net

*Counsel for Land & Sea Restaurant Company, LLC*

CERTIFICATE OF FILING

I hereby certify that on August 27, 2014, I electronically filed Land & Sea Restaurant Company, LLC's Request for Entry of Default Against Sam Rust Seafood, Inc., using the CM/ECF system, which will send notification of the filing to the following counsel of record:

John J. Morgan, Esq.
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
jmorgan@pmpalawyer.com

Phillip R. Lingafelt, Esq.
GLENN, FELDMAN, DARBY & GOODLATTE
P.O. Box 2887
Roanoke, VA 24001-2887
plingafelt@glennfeldmann.com

C. Richard Cranwell, Esq.
CRANWELL & MOORE, PLC
P. O. Box 11804
Roanoke, VA 24022-1804
crc@cranwellmoorelaw.com

*Counsel for Robert J. Collier*

Michael E. Harman, Esq.
Lynne Jones Blain, Esq.
James R. Jebo, Esq.
Dannel C. Duddy, Esq.
HARMAN, CLAYTOR, CORRIGAN & WELLMAN
P. O. Box 70280
Richmond, VA 23255
mharman@hccw.com
lblain@hccw.com
jjebo@hccw.com
dduddy@hccw.com

*Counsel for Performance Food Group, Inc.*

C. Jay Robbins, Esquire
MIDKIFF, MUNCIE & ROSS, PC
300 Arboretum Place, Suite 420
Richmond, VA 23236
crobbins@midkifflaw.com

    *Counsel for Sam Rust Seafood, Inc.*

Mark C. Nanavati, Esquire
SINNOTT NUCKOLS & LOGAN, PC
13811 Village Mill Drive
Midlothian, VA 23114-4365
mnanavati@snllaw.com

    *Counsel for Cape Cod Shellfish & Seafood Company*

Thomas J. O'Neill, Esq.
DAY PITNEY, LLP
201 Broad Street
Stamford, CT 06901
tjoneill@daypitney.com

C. Kailani Memmer, Esquire
GUYNN, MEMMER & DILLON, PC
415 South College Avenue
Salem, VA 24153
kai.memmer@gmdlawfirm.com

    *Counsel for Norm Bloom & Son, LLC*

                                                /s/ Justin E. Simmons