IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

ROBERT J. COLLIER,

Plaintiff,

v.

LAND & SEA RESTAURANT COMPANY,     Case No.: 7:13-cv-104
LLC d/b/a FRANKIE ROWLAND'S
STEAKHOUSE

Defendant/Third Party Plaintiff,

v.

PERFORMANCE FOOD GROUP, INC.
d/b/a PERFORMANCE FOOD SERVICE –
VIRGINIA,

Third Party Defendant/Fourth Party Plaintiff,

v.

SAM RUST SEAFOOD, INC.

Fourth Party Defendant/Fifth Party Plaintiff,

v.

CAPE COD SHELLFISH & SEAFOOD COMPANY,

Fifth Party Defendant/Sixth Party Plaintiff,

v.

NORM BLOOM AND SON, LLC,

Sixth-Party Defendant.

{00328871.DOCX }

### MEMORANDUM OF FOURTH PARTY DEFENDANT/FIFTH PARTY PLAINTIFF SAM RUST SEAFOOD, INC. IN SUPPORT OF MOTION TO STRIKE JURY DEMAND IN SECOND AMENDED COMPLAINT OF DEFENDANT/THIRD PARTY PLAINTIFF LAND & SEA RESTAURANT COMPANY, LLC

In its second amended complaint, Defendant/Third Party Plaintiff Land & Sea Restaurant Company, LLC prays for declaratory relief and requests trial by jury. The Court should strike that demand because Land & Sea has not prayed for any relief that would entitle it to a trial by jury. The entire prayer for relief of Land & Seal is below.

> Based on the foregoing, Land & Sea further requests that this Court enter judgment against Sam Rust, declaring that it must defend and indemnify Land & Sea against Collier's claims in accordance with the Agreement.

Because Land & Sea seeks only a declaration of its rights, it has no right to trial by jury. *In re Lockheed Martin Corp.*, 503 F.3d 351, 358-359 (4th Cir. 2007)(citing extensive authority), cert. den. sub nom., *Nat'l Cas. Co. v. Lockheed Martin Corp.*, 553 U.S. 1017 (2008).

### CONCLUSION

For the reasons stated above, this Court should deny Land & Sea's demand for trial by jury and grant Sam Rust all other relief to which Sam Rust may be entitled.

SAM RUST SEAFOOD, INC.

By: /s/ C. Jay Robbins, IV
     Of Counsel

{00328871.DOCX }  2

C. Jay Robbins, IV (VSB No. 22847)
MIDKIFF, MUNCIE & ROSS, P.C.
300 Arboretum Place, Suite 420
Richmond, Virginia  23236
T: 804-560-9600
F: 804-560-5997
crobbins@midkifflaw.com
*Counsel for Sam Rust Seafood, Inc.*

## CERTIFICATE

I hereby certify that on September 16, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| James R. Jebo, Esq. | Kenneth J. Ries, Esq. |
| VSB No. 48418 | VSB No. 29909 |
| Dannel C. Duddy | Ronald M. Ayers, Esq. |
| VSB No. 72906 | VSB No. 01158 |
| Michael E. Harman | Justin E. Simmons, Esq. |
| VSB No. 16813 | VSB No. 77319 |
| Lynne Jones Blain | Attorneys for Defendant/Third Party |
| VSB No. 23719 | Plaintiff Land & Sea, Inc. |
| Attorneys for Performance Food Group, Inc. | Johnson, Ayers & Matthews, PLC |
| Harman, Claytor, Corrigan & Wellman | P. O. Box 2200 |
| P. O. Box 70280 | Roanoke, VA 24009-2200 |
| Richmond, VA 70280 | 540-767-2000 |
| 804-622-1107 | 540-767-1552 – facsimile |
| 804-747-6085 – facsimile | kries@jamlaw.net |
| jjebo@hccw.com | rayers@jamlaw.net |
| dduddy@hccw.com | jsimmons@jamlaw.net |
| lblain@hccw.com | |
| mharman@hccw.com | |

John J. Morgan, Esq.
CT Bar No. ct407105jjm
Attorney for Robert J. Collier
Barr & Morgan
22 Fifth Street
Stamford, CT 06905
203-356-1595
203-357-8397 – facsimile
jmorgan@pmpalawyer.com
*Pro Hac Vice*

C. Richard Cranwell, Esquire
VSB No. 3347
Attorney for Robert J. Collier
Cranwell, Moore & Emick, P.L.C.
P. O. Box 11804
Roanoke, VA 24022-1804
540- 344-1000
540- 344-7073 - facsimile
crc@cranwellmoorelaw.com

Phillip R. Lingafelt, Esq.
VSB No. 29229
Attorney for Robert J. Collier
Glenn, Feldmann, Darby & Goodlatte
P. O. Box 2887
Roanoke, VA 24001-2887
540-224-8000
540-224-8050 – facsimile
plingafelt@gfdg.com

Mark C. Nanavati, Esq.
VSB No. 29229
G. Christopher Jones, Jr., Esq.
VSB No. 82260
Attorney for Cape Cod Shellfish &
Seafood Company
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
804- 893-3866
804-378-2610 - facsimile
mnanavati@snllaw.com
cjones@snllaw.com

C. Kailani Memmer
VSB No. 34673
Attorney for Norm Bloom and Son, LLC.
Guynn, Memmer & Dillon, P.C.
415 S. College Ave.
Salem, VA 24153
Phone: 540-387-2320
Fax: 540-389-2350
kai.memmer@gmdlawfirm.com

T. J. O'Neill
CT Bar No. _____
Counsel for Norm Bloom and Son, LLC
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
203- 977-7557
203-399-5893 - facsimile
tjoneill@daypitney.com

      I further certify that on September 16, 2014, courtesy copies of the foregoing were sent first-class mail, postage prepaid to the following:

| | |
|---|---|
| Stuart G. Blackburn, Esq. | Robert C. E. Laney |
| CT Bar No.102807 | CT Bar No._____ |
| Counsel for Sam Rust Seafood | Counsel for Cape Cod Shellfish & |
| (in CT action) | Seafood Company (in CT action) |
| Blackburn & O'Hara, LLC | RYAN RYAN DELUCA LLP |
| Two Concord Way | 707 Summer Street |
| P. O. Box 608 | Stamford, CT 06901 |
| Windsor Locks, CT 06096 | 203-541-5010 |
| 860-292-1116 | 203-357-7915 – facsimile |
| 860-292-1221 – facsimile | roblaney@ryandelucalaw.com |
| sgblackburn@sgblackburn.com | |

                                                              /s/ C. Jay Robbins, IV