FILED: November 24, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1840
(7:13-cv-00104-GEC-RSB)

_____

SAM RUST SEAFOOD, INC.

 Third Party Plaintiff - Appellant

v.

ROBERT J. COLLIER

 Plaintiff - Appellee


LAND & SEA RESTAURANT COMPANY, LLC, d/b/a Frankie Rowland's Steakhouse; NORM BLOOM AND SON, LLC

 Defendants - Appellees


PERFORMANCE FOOD GROUP, INC., d/b/a Performance Food Service-Virginia; CAPE COD SHELLFISH & SEAFOOD COMPANY

 Third Party Defendants - Appellees

and

WEAVER FRESH SEAFOOD & PRODUCE, LLC

 Third Party Defendant

———————————

O R D E R

———————————

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

                For the Court--By Direction

                /s/ Patricia S. Connor, Clerk