FILED: November 24, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1840
(7:13-cv-00104-GEC-RSB)

_____

SAM RUST SEAFOOD, INC.

  Third Party Plaintiff - Appellant

v.

ROBERT J. COLLIER

  Plaintiff - Appellee


LAND & SEA RESTAURANT COMPANY, LLC, d/b/a Frankie Rowland's Steakhouse; NORM BLOOM AND SON, LLC

  Defendants - Appellees


PERFORMANCE FOOD GROUP, INC., d/b/a Performance Food Service-Virginia; CAPE COD SHELLFISH & SEAFOOD COMPANY

  Third Party Defendants - Appellees

 and

WEAVER FRESH SEAFOOD & PRODUCE, LLC

Third Party Defendant

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*