# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**ROBERT COLLIER**

vs.

**LAND & SEA et als**

Action No: 7:13CV104
Date: 12/15/2015
Judge: Hon. Glen Conrad
Court Reporter: Judy Webb
Deputy Clerk: Susan Moody

Plaintiff Attorney(s)

John Morgan, Esq.
Richard Cranwell, Esq.

Defendant Attorney(s)

James Jebo. Esq.
Lynne Blain, Esq.
C. Jay Robbins, Esq.
Kenneth Ries, Esq.
Tom O'Neill, Esq.
Susan Waddell, Esq.
Jim Shannon, Esq.
Christopher Dadek, Esq.
Regina Polidano, Esq.
Christopher Jones, Jr., Esq.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None,

DEFENDANT:

None

PROCEEDINGS:
Parties present by counsel for conduct of Oral Argument on Motions:

# 340 -Joint MOTION for Summary Judgment On the Issues of Negligence and Breach of Warranty - No Duty to Test for Saxitoxins by Sam Rust Seafood, Inc

#444 Motion to Amend/Correct Complaint by pltf

Order to follow – Parties retired to meet in chambers re trial conduct.

TIME IN COURT: 9:30 am-10:04 am 34 mins