CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 03 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT J. COLLIER, | Civil Action No. 7:13CV00104 |
| Plaintiff, | |
| | **ORDER OF REFERRAL** |
| v. | |
| LAND & SEA RESTAURANT COMPANY, LLC, et al., | By: Hon. Glen E. Conrad<br>Chief United States District Judge |
| Defendants. | |

It appearing appropriate for the court to do so, it is hereby

## ORDERED

that this case shall be and it hereby is **REFERRED** to the Hon. Robert S. Ballou, United States Magistrate Judge for the Western District of Virginia, at Roanoke, for conduct of a mediation.

The Clerk is directed to send certified copies of this Order to all counsel of record and to the Honorable Robert S. Ballou, United States Magistrate Judge, Roanoke, Virginia.

ENTER this 3d day of May, 2016.

/s/ Glen E. Conrad
CHIEF UNITED STATES DISTRICT JUDGE