# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**ROBERT COLLIER**

vs.

**LAND & SEA et als**

Action No: 7:13CV104
Date: 5/2/2016
Judge: Hon. Glen Conrad
Court Reporter: Judy Webb
Deputy Clerk: Susan Moody

Plaintiff Attorney(s)

John Morgan, Esq.
Richard Cranwell, Esq.
Devin Munro, Esq.

Defendant Attorney(s)

James Jebo. Esq.
Lynne Blain, Esq.
Kenneth Ries, Esq.
Susan Waddell, Esq.
Christopher Dadek, Esq.
Regina Polidano, Esq.
Charles Midkiff, Esq.
Mark Nanavati, Esq.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

PROCEEDINGS:
Parties present for oral argument on pending motions:

#520 Motion for Clarification of Order
#532 Motion to Exclude

Order to follow

TIME IN COURT: 2:25-3:15 pm 50 mins.