N THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

ROBERT J. COLLIER,                              )
                                                )
Plaintiff,                                      )
                                                )
v.                                              )
                                                )
LAND & SEA RESTAURANT COMPANY,                  )        Case No.: 7:13-cv-104
LLC d/b/a FRANKIE ROWLAND'S                     )
STEAKHOUSE,                                     )
                                                )
Defendant/Third-Party Plaintiff,                )
                                                )
v.                                              )
                                                )
PERFORMANCE FOOD GROUP, INC.                    )
d/b/a PERFORMANCE FOOD SERVICE –                )
VIRGINIA,                                       )
                                                )
Third-Party Defendant/Fourth-Party Plaintiff,   )
                                                )
v.                                              )
                                                )
SAM RUST SEAFOOD, INC.,                         )
                                                )
Fourth-Party Defendant/Fifth-Party Plaintiff,   )
                                                )
v.                                              )
                                                )
CAPE COD SHELLFISH & SEAFOOD CO.,               )
                                                )
Fifth-Party Defendant/Sixth-Party Plaintiff,    )
                                                )
v.                                              )
                                                )
NORM BLOOM AND SON, LLC,                        )
                                                )
Sixth-Party Defendant.                          )

1

## DESIGNATION OF DEPOSITION OF DAVID CAREY

The Defendants collectively, by counsel, designate the following portions of the videotaped deposition of David Carey to be played at the trial of this matter:

| Pages | Line Numbers |
|---|---|
| 5 | 8-11 |
| 5-6 | 17-3 |
| 6-7 | 19-17 |
| 8-9 | 14 (starting with "How")-15 |
| 10-12 | 19-2 (starting with "we") |
| 14-15 | 3-3 |
| 15-17 | 19-12 |
| 17-19 | 14-20 |
| 20-21 | 2-18 |
| 21-23 | 23-1 |
| 51 | 12-20 |
| 51-52 | 24-14 |
| 53-54 | 23-18 |
| 59-60 | 22-11 |
| 79-80 | 14-10 |
| 88-89 | 16-11 |
| 91 | 1-3 |
| 92-94 | 24-2 |
| 127-129 | 18-1 |
| 130-131 | 10-19 |

PERFORMANCE FOOD GROUP, INC.

/s/
James R. Jebo, Esq. (VSB #48418)
Lynne Jones Blain, Esq. (VSB #23719)
Michael E. Harman, Esq. (VSB #16813)
Harman, Claytor, Corrigan & Wellman
Post Office Box 70280
Richmond, Virginia 23255
(804) 622-1107 (Telephone)
(804) 747-6085 (Facsimile)
jjebo@hccw.com
lblain@hccw.com
mharman@hccw.com
*Counsel for Performance Food Group, Inc.*

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system on May 5, 2016, which will then send a notification of such filing to the following:

>John J. Morgan, Esq.
>Barr & Morgan
>22 Fifth Street
>Stamford, Connecticut 06905
>(203) 356-1595 (Telephone)
>(203) 357-8397 (Facsimile)
>jmorgan@pmpalawyer.com
>*Co-Counsel for Robert J. Collier*
>
>C. Richard Cranwell, Esq.
>Cranwell, Moore & Emick, P.L.C.
>Post Office Box 11804
>Roanoke, Virginia 24022-1804
>(540) 344-1000 (Telephone)
>(540) 344-7073 (Facsimile)
>crc@cranwellmoorelaw.com
>*Co-Counsel for Robert J. Collier*
>
>Phillip R. Lingafelt, Esq.
>Glenn, Feldmann, Darby & Goodlatte
>P. O. Box 2887
>Roanoke, VA. 24001
>(540) 224-8000 (Telephone)
>(540) 224-8050 (Facsimile)
>plingafelt@gfdg.com
>*Co-Counsel for Robert J. Collier*
>
>Kenneth J. Ries, Esq. (VSB #29909)
>Ronald M. Ayers, Esq. (VSB #01158)
>Christopher S. Dadak, Esq. (VSB #83789)
>Johnson, Ayers & Matthews, PLC
>Post Office Box 2200
>Roanoke, Virginia 24009-2200
>(540) 767-2000 (Telephone)
>(540) 767-1552 (Facsimile)
>kries@jamlaw.net
>rayers@jamlaw.net

cdadak@jamlaw.net
*Counsel for Land & Sea Restaurant Company, LLC*

Susan A. Waddell, Esq. (VSB #24302)
Guynn & Waddell, P.C.
415 South College Avenue
Salem, Virginia 24153
(540) 387-2320 (Telephone)
(540) 389-2350 (Facsimile)
susanw@guynnwaddell.com
*Co-Counsel for Norm Bloom and Son, LLC*

Thomas J. O'Neill, Esq. (CT #tjo6242)
Day Pitney LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7557 (Telephone)
(203) 977-7301 (Facsimile)
tjoneill@daypitney.com
*Co-Counsel for Norm Bloom and Son, LLC*

Charles F. Midkiff (VSB No. 01251)
James C. Shannon (VSB No. 14360)
Regina Maria Policano (VSB No. 30375)
C. Jay Robbins, IV (VSB No. 22847)
MIDKIFF, MUNCIE & ROSS, P.C.
300 Arboretum Place, Suite 420
Richmond, Virginia 23236
T: 804-560-9600
F: 804-560-5997
cmidkiff@midkifflaw.com
jshannon@midkifflaw.com
gpolicano@midkifflaw.com
crobbins@midkifflaw.com
*Counsel for Sam Rust Seafood, Inc.*

Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsímile)
mnanavati@snllaw.com
cjones@snllaw.com

4

*Counsel for Cape Cod Shellfish & Seafood Company*

/s/
James R. Jebo, Esq. (VSB #48418)
Lynne Jones Blain, Esq. (VSB #23719)
Michael E. Harman, Esq. (VSB #16813)
Harman, Claytor, Corrigan & Wellman
Post Office Box 70280
Richmond, Virginia 23255
(804) 622-1107 (Telephone)
(804) 747-6085 (Facsimile)
jjebo@hccw.com
lblain@hccw.com
mharman@hccw.com
*Counsel for Performance Food Group, Inc.*