UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

|  |  |
|---|---|
| ROBERT J. COLLIER, | ) ) ) ) Civil Action No. 7:13-104-GEC |
| Plaintiff, | ) ) |
| -v- | ) ) |
| LAND & SEA RESTAURANT COMPANY, LLC. dba FRANKIE ROWLAND'S STEAKHOUSE, et al. | ) ) ) ) |
| Defendants. | ) ) |

**NORM BLOOM AND SON, LLC'S WITNESS LIST AND EXHIBIT LIST**

Pursuant to to Rule 26(a)(3) of the Fed. R. Civ. Pro. and this Court's Pretrial Scheduling Order, Norm Bloom & Son, LLC ("Norm Bloom"), by counsel, provides the following List of Witnesses and Exhibits:

**I.  Witness List**

The following witnesses may be called at trial. Norm Bloom incorporates by reference Defendants' Joint Witness List. Norm Bloom reserves the right to call other witnesses as it deems necessary and as the need arises during the trial.

1. Theresa Hattanrath, Ph.D.
   Stony Brook University
   Stoney Brook, NY 11794
   631-632-6000

2. Jamie Nelson (through deposition testimony/transcript as representative of Frankie Rowland's)

3. Tara McAllister (through deposition testimony/transcript as representative of Frankie Rowland's)

4. Mike Zibaie Deposition Transcript (pp. 46 to53, 62 to 69).

5. Jason Hurd Deposition Transcript (pp. 38 to 41).

6. Land & Sea d/b/a Frankie Rowland's Restaurant (Records Custodian)

7. Performance Food Group (Records Custodian)

8. Sam Rust (Records Custodian)

9. Cape Cod Shellfish (Records Custodian)

10. Autumn Whitcomb
    Virginia Department of Health
    Roanoke, VA 24012

11. Virginia Department of Health (Records Custodian)
    Roanoke, VA 24012

12. David Carey
    Connecticut Department of Agriculture Bureau of Aquaculture
    190 Rogers Avenue
    Milford, CT 06464

13. Joseph DeCresenczo
    Connecticut Department of Agriculture Bureau of Aquaculture
    190 Rogers Avenue
    Milford, CT 06464

14. Ken Moore
    Executive Director, ISSC
    209-2 Dawson Road
    Columbia, SC 29223

15. Christopher Gobler, Ph.D. (through deposition testimony)

16. Chip Warren
    Warren & Koss PC
    19 North Broad Street
    Salem VA 24153
    Phone 540-375-2883

-2-

## II. Exhibit List

Norm Bloom hereby list the following exhibits:

1. Bar bill/receipt for Collier party (4/14/11)

2. Dinner bill/receipt for Collier party (4/14/11)

3. Dinner bills/receipts (diners eating oysters at Frankie Rowland's)

4. Virginia Department of Health record (as identified in the Exhibit List submitted by Land & Sea Restaurant d/b/a Frankie Rowland's Restaurant, and such others as the need arises during trial, including 4/16/11 email)

5. Carillion medical records (as identified in the Exhibit List submitted by Land & Sea Restaurant d/b/a Frankie Rowland's Restaurant, and such other medical records as the need arises during trial)

6. Norm Bloom Shellfish License

7. Norm Bloom Harvest Logs

8. Norm Bloom sales records

9. Norm Bloom HACCP Plan

10. Norm Bloom product labeling and packaging

11. Map of harvest areas in Norwalk

12. State of Connecticut Biotoxin Contingency Plan

13. Memorandum of Understanding between FDA and ISSC

14. Exhibit 2 from deposition of David Carey: Excel spreadsheet

15. Interstate Shippers List

16. Record from Department of Agriculture Bureau of Aquaculture (open harvest areas)

-3-

17. Shellfish tags (produced by Frankie Rowland's)

18. Exhibits from deposition of Jamie Nelson

19. Exhibits from deposition of Tara McAllister

20. Purchase and sale documents relating to the crabs purchased by Frankie Rowland's and sold to customers, including Collier party

21. State of Connecticut Testing Data

22. New York Department of Environmental Conservation Testing Data

23. Temperature Data, including temperature data from State of Connecticut, Hobo data, and data from NOAA (Bridgeport)

24. Purchase and sale records produced by Frankie Rowland's during discovery in response to document requests served by Norm Bloom & Son, LLC

25. Purchase and sale documents produced by Performance Food Groups during discovery in response to document requests served by Norm Bloom & Son, LLC

26. Purchase and sale documents produced by Sam Rust during discovery in response to document requests served by Norm Bloom & Son, LLC

27. Purchase and sale documents produced by Cape Cod during discovery in response to document requests served by Norm Bloom & Son, LLC

28. Photographs:

    a. Norm Bloom & Son, LLC: premises, boats, oysters and Norwalk harvest areas;
    b. Various locations Long Island, New York, including Northport Harbor and surrounding areas, Meetinghouse Creek, Weesuck Creek, James Creek, Woodbine Marina, Shinnecock Bay, Flax Pond, Sag Harbor.
    c. Various locations in Connecticut, including Mumford Cove, Palmers Cove, Bridgeport NOAA station, and Bridgeport Harbor.
    d. Various locations in Massachusetts, including Nauset Estuary, Pochet Creek, Rock Harbor Creek, Town Cove, Orleans, Little Namskeket Creek, Namskeket Creek, Paw Wah Pond.
    e. Oysters.

-4-

29. Map/Chart of Long Island, NY.

30. Map/Chart of Connecticut coast

31. Map/Chart of Long Island Sound

32. Map of Town of Orleans shellfish closure

33. Town of Orleans coastal map

34. Chart showing PSP levels in Shellfish

35. Nerve Sensitivity Graph

36. Slides (2) relating to clearance rates of oysters and water temperature

37. Flow chart relating to clearance rate, filtration rate, ingestion rate and psuedofeces production of C. virginica

38. Slides (4) relating to feeding and particle capture by mussels and oysters

39. Chart summarizing data relating to Northport, Long Island

40. Temperature data referenced by Monica Bricelj, Ph.D. and Sandra Shumway, Ph.D.

41. Exhibit 3 from deposition of Monica Bricelj, Ph.D.

42. Figure 1 from Report of Don Anderson, Ph.D.

43. Figure 2 from Report of Don Anderson, Ph.D.

44. Temperature data referenced in Report of Don Anderson, Ph.D.

45. Table 1 from Report of Don Anderson, Ph.D.

46. Temperature data identified in Supplement Report of Don Anderson, Ph.D.

47. Figure 1 from Supplemental Report of Don Anderson, Ph.D. dated May 8, 2016

48. Figure 2 from Supplemental Report of Don Anderson, Ph.D. dated May 8, 2016

49. Figure 3 from Supplemental Report of Don Anderson, Ph.D. dated May 8, 2016

50. Figure 4 from Supplemental Report of Don Anderson, Ph.D. dated May 8, 2016

51. Temperature Bar ATSPF7-5 December 2014.xlsx

52. Page 9 from Supplemental Report of Don Anderson, Ph.D. dated October 27, 2015, and Figure T6 and Table 2

53. Figure T7 from Supplemental Report of Don Anderson, Ph.D. dated October 27, 2015

54. Data from tilt current meters referenced in Supplemental Report from Don Anderson, Ph.D. dated October 27, 2015

55. Figure C1 from Supplemental Report of Don Anderson, Ph.D. dated October 27, 2015

56. Figure C2 from Supplemental Report of Don Anderson, Ph.D. dated October 27, 2015

57. Figure C3 from Supplemental Report of Don Anderson, Ph.D. dated October 27, 2015

58. Figure C4 from Supplemental Report of Don Anderson, Ph.D. dated October 27, 2015

59. Map of biotoxin stations in Long Island, NY

60. Figure 2 from report of Christopher Gobler, Ph.D.

61. Carillion Clinic Consult Note dated 4/16/11 (Garner, Dorothy C, MD)

62. Credit card vouchers and dinners receipts for various customers eating oysters at Frankie Rowland's (as identified in the Exhibit List filed by Land & Sea Restaurant d/b/a Frankie Rowland's Restaurant).

63. Weaver Fresh Seafood Bankruptcy Documents, Pleadings and Docket (Case No. 14-004408-dd; District of South Carolina (Chareslton)

64. Audio Recorded statement from Mike Zibaie

65. Medical records list in Exhibit List filed by Land & Sea Restaurant d/b/a Frankie Rowland's Restaurant

66. Exhibits for Dan Baden listed in Exhibit List filed by Land & Sea Restaurant d/b/a Frankie Rowland's Restaurant

67. Video showing cell and molecule size. Sent to counsel on April 27, 2016

68. Video showing functioning of sodium channel. Sent to counsel on April 27, 2016.

69. Email exchange between Bill Catterall, PhD and Baden. Sent to counsel on April 27, 2016

70. Color Diagram of Neuron - Ex. 3 Hormel Daubert Hearing

71. Curriculum Vitae's for experts listed in Exhibit List filed by Land & Sea Restaurant d/b/a Frankie Rowland's Restaurant

In addition Norm Bloom reserves the right to call any witness identified by any other party or to introduce into evidence any exhibit identified by any other party.

**SIXTH-PARTY DEFENDANT,
NORM BLOOM & SON, LLC**
By Counsel

/s/ Susan A. Waddell
Susan A. Waddell (VSB No. 24302)
Guynn & Waddell, P.C.
415 S. College Ave.
Salem, Virginia 24153
Phone: (540) 387-2320
Facsimile: (540) 389-2350
susanw@guynnwaddell.com

Thomas J. O'Neill, Esq. (CT #ct12971)
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901
Phone: (203) 977-7557

-7-

Facsimile: (203) 977-7301
E-mail: tjoneill@daypitney.com

*Counsel for Norm Bloom & Son, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

C. Richard Cranwell, Esq.
Cranwell, Moore & Emick, PLC
P.O. Box 11804
Roanoke, VA 24022-1804
crc@cranwellmoorelaw.com
*Counsel for Robert J. Collier*

John J. Morgan, Esq.
Barr & Morgan
22 Fifth Street
Stamford, CT 096905
jmorgan@pmpalawyer.com
*Counsel for Robert J. Collier*

Phillip R. Lingafelt, Esq.
Glenn, Feldmann, Darby & Goodlatte
P.O. Box 2887
Roanoke, VA 24001-2887
plingafelt@glennfeldmann.com
*Counsel for Robert J. Collier*

Ronald M. Ayers, Esq.
Kenneth J. Ries, Esq.
Christopher S. Dadak, Esq.
Johnson, Ayers & Matthews, PLC
P.O. Box 2200
Roanoke, VA 24009-2200
rayers@jamlaw.net
kries@jamlaw.net
cdadak@jamlaw.net

-8-

*Counsel for Land & Sea, Restaurant Company, Inc.*

James R. Jebo, Esq.
Lynne Jones Blain, Esq.
Michael E. Harman, Esq.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 70280
jjebo@hccw.com
lblain@hccw.com
mharman@hccw.com
*Counsel for Performance Food Group, Inc.*

Charles F. Midkiff, Esq.
C. Jay Robbins, IV, Esq.
James C. Shannon, Esq.
Regina Maria Policano, Esq.
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, VA 23236
cmidkiff@midkifflaw.com
crobbins@midkifflaw.com
jshannon@midkifflaw.com
gpolicano@midkifflaw.com
*Counsel for Sam Rust Seafood, Inc.*

Mark C. Nanavati, Esq.
G. Christopher Jones, Jr., Esq.
Sinnott Nuckols & Logan, PC
13811 Village Mill Drive
Midlothian, VA 23114-4365
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Cape Cod Shellfish & Seafood Company*

                /s/ Susan A. Waddell