CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 17 2016

JULIA C. DUDLEY, CLERK
BY: /s/ M. ov
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT J. COLLIER, | ) |
| Plaintiff, | ) Civil Action No. 7:13CV00104 |
| v. | ) **ORDER** |
| LAND & SEA RESTAURANT COMPANY, LLC, d/b/a FRANKIE ROWLAND'S STEAKHOUSE, et al., | ) By: Hon. Glen E. Conrad<br>) Chief United States District Judge |
| Defendants. | ) |

This case is presently before the court upon the joint request of the parties for an order extending the deadline for filing objections to Rule 26(a)(3) disclosures, briefs in opposition to pending motions in limine, and objections to proposed jury instructions. For good cause shown, it is hereby

**ORDERED**

that the motion is **GRANTED**. The deadline is extended to Friday, May 20, 2016.

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This 17th day of May, 2016.

/s/ Glen E. Conrad
Chief United States District Judge